UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80291-CIV-MARRA

PEOPLE'S UNITED EQUIPMENT
FINANCE CORP., a Texas Corporation,
formerly known as Financial Federal
Credit Inc.,

    Plaintiff,
v.

WELLS FARGO EQUIPMENT
FINANCE, INC., a Minnesota
corporation; EXACT CRANE &
EQUIPMENT, LLC, an Ohio limited
liability company; and CLEVELAND
CRANE & SHOVEL SALES, INC., an
Ohio corporation,

    Defendants.
_____/

## ORDER

THIS CAUSE having come before the Court upon the Motion to Appear *Pro Hac Vice,* Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing [DE 24] requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for the *Pro Hac Vice* appearance of James J. Stricker, Esq., in this matter and request to electronically receive notice of filings at jstricker@kasowitz.com.  This Court, having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that the Motion to Appear *Pro Hac Vice,* Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing [DE 24] is GRANTED.  James J. Stricker, Esq., is granted permission to appear and participate in this action as co-counsel on behalf of Plaintiff People's United Equipment Finance Corp.

The Clerk shall provide electronic notification of all electronic filings to Mr. Stricker at jstricker@kasowitz.com.

DONE AND ORDERED in Chambers at West Palm Beach, Palm Beach County, Florida this 20th day of October, 2011.

_____
Judge Kenneth A. Marra
United States District Judge

Copies furnished to:
All Counsel of Record