IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

PEOPLE'S UNITED EQUIPMENT
FINANCE CORP., a Texas corporation,
formerly known as Financial Federal
Credit Inc.,

      Plaintiff,

vs.                               Case No. 11-80291-CIV-MARRA/JOHNSON

WELLS FARGO EQUIPMENT
FINANCE, INC., a Minnesota
Corporation; EXACT CRANE &
EQUIPMENT, LLC, an Ohio limited
liability company; and CLEVELAND
CRANE & SHOVEL SALES, INC., an
Ohio corporation,

      Defendants.
_____/

## DEFENDANT WELLS FARGO EQUIPMENT FINANCE, INC'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Defendant, Wells Fargo Equipment Finance, Inc. ("Wells Fargo"), by and through its undersigned counsel and pursuant to the Court's November 8, 2011 Endorsed Order [Dkt. 27], hereby responds to Plaintiff's, People's United Equipment Finance Corp. ("People's United"), Motion for Leave to File an Amended Complaint [Dkt. 26] and states:

      1.      Wells Fargo consents to the relief requested in People's United's Motion for Leave to File an Amended Complaint without waiving any and all rights of Wells Fargo.

      2.      At this time, Wells Fargo expects that some of the papers filed in response to the Amended Complaint will be in the form of a motion to dismiss.

      3.      Wells Fargo respectfully requests an order granting it twenty-one (21) days from the date the Amended Complaint is served to file its response to the Amended Complaint.

WHEREFORE, Wells Fargo consents to the relief requested in People's United's Motion for Leave to File an Amended Complaint, respectfully requests an order granting Wells Fargo twenty-one (21) days from the date the Amended Complaint is served to file its response to such Amended Complaint and for such additional relief as the Court may deem appropriate.

Dated: November 9, 2011

Respectfully Submitted,

/s/ Charles F. Ketchey, Jr.
CHARLES F. KETCHEY, JR          FBN 0181735
cketchey@trenam.com
STEPHANIE CRANE LIEB            FBN 0031806
slieb@trenam.com
JUSTIN J. HORAN                 FBN 0060871
jhoran@trenam.com
TRENAM KEMKER
Bank of America Plaza, Suite 2700
101 E. Kennedy Boulevard
Tampa, FL 33602-5150
Ph: (813) 223-7474 | Fax: (813) 229-6553
Attorneys for Defendant, Wells Fargo Equipment Finance, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing WELLS FARGO EQUIPMENT FINANCE, INC.'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT was served by the Court's CM/ECF Noticing System on November 9th, 2011 on all counsel or parties of record on the Service List Below.

/s/ Charles F. Ketchey, Jr.

## SERVICE LIST

| | |
|---|---|
| **Scott B. Cosgrove, Esquire** | **James J. Stricker, Esquire** |
| scosgrove@kasowitz.com | jstricker@kasowitz.com |
| Kasowitz, Benson, Torres | Kasowitz, Benson, Torres |
| & Friedman LLP | & Friedman LLP |
| The Four Seasons Tower | 1633 Broadway |
| 1441 Brickell Avenue | New York, NY 10019 |
| Miami, Florida 33131 | |

| | |
|---|---|
| **Paul L. Orshan, Esquire** | **Jose-Carlos A. Villanueva, Esquire** |
| paul@orshanpa.com | jcv@orshanpa.com |
| Paul L. Orshan, P.A. | Paul L. Orshan, P.A. |
| 2506 Ponce de Leon Boulevard | 2506 Ponce de Leon Boulevard |
| Coral Gables, Florida 33134 | Coral Gables, Florida 33134 |