UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80291-CV-MARRA

PEOPLE'S UNITED EQUIPMENT
FINANCE CORP., a Texas Corporation,
formerly known as Financial Federal
Credit Inc.,

    Plaintiff,

v.

WELLS FARGO EQUIPMENT
FINANCE, INC., a Minnesota
corporation; EXACT CRANE &
EQUIPMENT, LLC, an Ohio limited
liability company; and CLEVELAND
CRANE & SHOVEL SALES, INC., an
Ohio corporation,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court upon Plaintiff's, People's United Equipment Finance Corp., Motion for Leave to File an Amended Complaint. (DE 26). The Court has carefully reviewed the motion and response from Defendant Wells Fargo Equipment Finance, Inc., and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's Motion for Leave to File an Amended Complaint (DE 26) is **GRANTED**. Plaintiff shall have **ten (10) days** from the date of this Order to file its amended complaint.

Defendants shall have **twenty-one (21) days** from the date of the filing of the amended complaint to file their responsive pleadings.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 18th day of November, 2011.

                                                                KENNETH A. MARRA
                                                                United States District Judge

Copies to:
Counsel of record