# EXHIBIT B

| Description |
| --- |
| One (1) 2007 Manitowoc 999 Series III, 275-ton Crawler Crane, SN 9991214, with 220′ #82 Main Boom, 10′, 20′ and (3) 40′ Inserts Series 2&3 CTWT; 15-Ton Swivel Hook and Weight Ball; Self-Erect (inc 45-ton Assembly Block), A/C, Auxiliary Drum Prep, Load Line, 1,625′of 26mm Diam. Rotation Resistant Whip Line, 1,010′of 150-Ton 5 Sheave 40′ #134 Fixed Jib, 10′ Inserts, and all other attachments |
|  |
| One (1) 2007 Manitowoc 999 Series III, 275-Ton Crawler Crane, SN 9991210, with 220′ #82 Main Boom; 10′, 20′& (3) 40′ Inserts Series 2&3 CTWT, 15-Ton Swivel Hook and Weight Ball Self-erect (incl. 45-ton assembly block); A/C; Auxiliary Drum Prep; load line – 1.625′ of 26 mm diameter rotation resistant; whip line – 1,010′of 26mm diameter rotation resistant; 200 ton hook block; 40 #134 fixed jib with mounting parts, and all other attachments |
|  |
| One (1) 2007 Manitowoc 999 Series III, 275-ton Crawler Crane, SN 9991187, with 220′ #8 Main Boom, 15-Ton Swivel Hook & Weight Ball, 70' Basic Boom, 1-10' #82 Boom Insert, 1-20′ #82 Boom Insert, 3-40′ Boom Inserts (with straps) Series 2&3 CTWT, Self Erect (includes 45-Ton Assembly Block), AUX Drum Prep., A/C Operator's Cab, 1625′ Load Line, 1,010 Whip Line, Upper Detachable Boom Point, and all other attachments |
|  |
| One (1) 2008 Link-Belt Hydraulic Truck Crane Model HTC-8675II,  SN P9J8-9991; mounted on Link-Belt Crane Carrier VIN 1F9P9J8928L028991, and all attachments |
|  |
|  |