**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

PEOPLE'S UNITED EQUIPMENT
FINANCE CORP., a Texas corporation,
formerly known as Financial Federal
Credit Inc.,

    Plaintiff,

vs.                                                       Case No. 11-80291-CIV-MARRA/JOHNSON

WELLS FARGO EQUIPMENT
FINANCE, INC., a Minnesota
Corporation; EXACT CRANE &
EQUIPMENT, LLC, an Ohio limited
liability company; and CLEVELAND
CRANE & SHOVEL SALES, INC., and
Ohio corporation,

    Defendants.
_____/

**DEFENDANT WELLS FARGO EQUIPMENT FINANCE, INC.'S, REQUEST FOR
ORAL ARGUMENT ON PENDING MOTION TO DISMISS COUNTS IV, V, VI, VII, X
AND XI OR ALTERNATIVELY, MOTION FOR JUDGMENT ON THE PLEADINGS
AS TO COUNTS IV, V, VI, VII, X AND XI OF PLAINTIFF'S AMENDED COMPLAINT**

    Defendant, Wells Fargo Equipment Finance, Inc. ("Wells Fargo"), through its undersigned counsel and pursuant to Rule 7.1(b)(2) of the Local Rules of the United States District Court for the Southern District of Florida, respectfully requests oral argument on the pending Motion to Dismiss Counts IV, V, VI, VII, X and XI or alternatively, Motion for Judgment on the Pleadings as to Counts IV, V, VI, VII, X and XI [Dkt. 33] (the "Pending Motion"), and states:

    1. Plaintiff People's United Equipment Finance Corp. ("People's") filed its Amended Complaint on November 21, 2011.

2. Wells Fargo filed the Pending Motion and memorandum of law in support thereof on December 9, 2011.

3. Wells Fargo requests an opportunity to present oral argument to the Court to assist in resolution of the Pending Motion.

4. Plaintiff's Amended Complaint consists of eleven (11) counts that raise complex issues of law. Seven (7) of the counts in the Amended Complaint are against Wells Fargo.

5. Wells Fargo's Pending Motion requests dismissal or judgment in favor of Wells Fargo on all of the counts against Wells Fargo except for one -- Count I for Declaratory Judgment. It is in the interests of all parties to determine whether Plaintiff has asserted valid causes of action.

6. The Pending Motion raises a number of points of law and discusses a good number of case citations. Oral argument may assist the Court with analysis and explanation of case citations and the pleadings.

7. Because the Pending Motion raises a number of points of law, the Court may have questions it would like answered before ruling on the Pending Motion. Oral argument provides this Court the opportunity to raise these questions with counsel for People's and Wells Fargo.

8. Because the Pending Motion attacks six (6) of the seven (7) counts against Wells Fargo, this motion has the potential to substantially limit the issues before the Court. Oral argument will assist in a fair resolution of the Pending Motion.

9. Wells Fargo estimates that the entire oral argument for all parties will take one and one - half (1.5) hours.

WHEREFORE, Wells Fargo respectfully requests that the Court grant it a one and one-half hour hearing for presentation of oral argument on the Pending Motion, as well as such other and further relief as the Court deems appropriate.

Dated: December 9, 2011

                Respectfully Submitted,

/s/ Charles F. Ketchey, Jr.
CHARLES F. KETCHEY, JR    FBN 0181735
cketchey@trenam.com
STEPHANIE CRANE LIEB    FBN 0031806
slieb@trenam.com
JUSTIN J. HORAN    FBN 0060871
jhoran@trenam.com
TRENAM KEMKER
Bank of America Plaza, Suite 2700
101 E. Kennedy Boulevard
Tampa, FL  33602-5150
Ph: (813) 223-7474 | Fax: (813) 229-6553
Attorneys for Defendant, Wells Fargo Equipment Finance, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing WELLS FARGO EQUIPMENT FINANCE, INC.'S, REQUEST FOR ORAL ARGUMENT ON PENDING MOTION TO DISMISS COUNTS IV, V, VI, VII, X AND XI OR ALTERNATIVELY, MOTION FOR JUDGMENT ON THE PLEADINGS AS TO COUNTS IV, V, VI, VII, X AND XI OF PEOPLE'S AMENDED COMPLAINT was served by the Court's CM/ECF Noticing System on December 9, 2011 on all counsel or parties of record on the Service List Below.

                /s/ Charles F. Ketchey, Jr.

## SERVICE LIST

**Scott B. Cosgrove, Esquire**
scosgrove@kasowitz.com
Kasowitz, Benson, Torres
& Friedman LLP
The Four Seasons Tower, Suite 1420
1441 Brickell Avenue
Miami, Florida 33131

**James J. Stricker, Esquire**
jstricker@kasowitz.com
Kasowitz, Benson, Torres
& Friedman LLP
1633 Broadway, 21st Floor
New York, NY 10019

**Paul L. Orshan, Esquire**
paul@orshanpa.com
Paul L. Orshan, P.A.
2506 Ponce de Leon Boulevard
Coral Gables, Florida 33134

**Jose-Carlos A. Villanueva, Esquire**
jcv@orshanpa.com
Paul L. Orshan, P.A.
2506 Ponce de Leon Boulevard
Coral Gables, Florida 33134