IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Case No.: 11-80291-CIV-MARRA/JOHNSON

**PEOPLE'S UNITED EQUIPMENT**
**FINANCE CORP., a Texas**
**Corporation, formerly known as**
**Financial Federal Credit Inc.,**

    **Plaintiff,**

vs.

**WELLS FARGO EQUIPMENT**
**FINANCE, INC., a Minnesota**
**corporation; EXACT CRANE &**
**EQUIPMENT, LLC, an Ohio limited**
**liability company; and CLEVELAND**
**CRANE & SHOVEL SALES, INC., an**
**Ohio corporation,**

    **Defendants.**
_____/

**PLAINTIFF'S REQUEST FOR ORAL ARGUMENT ON DEFENDANT**
**WELLS FARGO EQUIPMENT FINANCE, INC.'S MOTION TO DISMISS/**
**JUDGMENT ON PLEADINGS AND INCORPORATED MEMORANDUM OF LAW**

    Pursuant to Rule 7.1(B)(1) of the Local Rules for the United States District Court for the Southern District of Florida, plaintiff People's United Equipment Finance Corp. ("People's"), by and through counsel, hereby respectfully request oral argument on Wells Fargo Equipment Finance, Inc.'s Motion To Dismiss Counts IV, V, VI, VII, X and XI Or Alternatively, Motion For Judgment On The Pleadings As To Counts IV, V, VI, VII, X and XI of Plaintiff's Amended Complaint ("WF Mot."). (the "WF Motion"), which was filed on December 9, 2011 [D.E. 33].

People's request for oral argument is premised on the belief that a hearing is necessary to fully address the arguments raised in the WF Motion.

Defendants estimate that the oral argument on the WF Motion will take one (1) hour.

Dated:  December 27, 2011

Respectfully Submitted,

By: /s/ Scott B. Cosgrove_____
Scott B. Cosgrove
Florida Bar Number:  0161365
SCosgrove@kasowitz.com
Audrey M. Pumariega
Florida Bar Number 0085206
apumariega@kasowitz.com
James J. Stricker
New York Bar No. 2439560
        *Pro hac vice*
jstricker@kasowitz.com

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
Four Seasons Tower
1441 Brickell Avenue, Suite 1420
Miami, Florida  33131
Telephone:  (305) 377-1666
Facsimile:   (305) 377-1664
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 27, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a notice of the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

**Charles F. Ketchey, Jr., Esq.**  
Trenam Kemker  
101 E. Kennedy Boulevard  
Suite 2700  
Tampa, FL 33602

**Jose Carlos A. Villanueva, Esq.**  
Paul L. Orshan, P.A.  
2506 Ponce de Leon Boulevard  
Coral Gables, FL 33134

　_/s/ Audrey M. Pumariega_　  
　　　　　Attorney