IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 11-80291-CIV-MARRA/HOPKINS

PEOPLE'S UNITED EQUIPMENT
FINANCE CORP., a Texas Corporation,
formerly known as Financial Federal
Credit Inc.,

      Plaintiff,

vs.

WELLS FARGO EQUIPMENT
FINANCE, INC., a Minnesota
corporation; EXACT CRANE &
EQUIPMENT, LLC, an Ohio limited
liability company; and CLEVELAND
CRANE & SHOVEL SALES, INC., an
Ohio corporation,

      Defendants.
_____/

## NOTICE OF MEDIATION

Pursuant to the Court's May 31, 2011 Order Setting Trial Date & Discovery Deadlines, Referring Case to Mediation & Referring Discovery Motions to United States Magistrate Judge [D.E. 22], the parties through the undersigned counsel, hereby give notice of their agreement to mediate this matter before:

      Brian F. Spector, LLC
      Post Office Box 566206
      Miami, Florida 33256-6206
      Telephone 305.666.1664
      Cellular 305.613.5200
      Facsimile 305.661.8481
      Email: brian@bspector.com

The Mediation will be held on January 25, 2012 at 10:00 a.m., in the offices of **Kasowitz Benson Torres & Friedman, LLP**, Four Seasons Tower, 1441 Brickell Avenue, Suite 1420, Miami, Florida 33131, Telephone (305) 377-1666.

Dated: January 18, 2012

Respectfully Submitted,

By: *s/ Scott B. Cosgrove*
Scott B. Cosgrove
Florida Bar Number: 0161365
SCosgrove@kasowitz.com
Audrey M. Pumariega
Florida Bar Number 0085206
apumariega@kasowitz.com
James J. Stricker
New York Bar No. 2439560
*Pro hac vice*
jstricker@kasowitz.com

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
Four Seasons Tower
1441 Brickell Avenue, Suite 1420
Miami, Florida 33131
Telephone: (305) 377-1666
Facsimile: (305) 377-1664
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/ECF on January 18, 2012 on all counsel or parties of record on the Service List below.

s/ Scott B. Cosgrove
Attorney

## SERVICE LIST

| Charles F. Ketchey, Jr., Esq.<br>cketchey@trenam.com<br>TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS, P.A.<br>101 E. Kennedy Boulevard<br>Suite 2700<br>Tampa, Florida 33602<br>Tel: 813.223.7474<br>Fax: 813.229.6553<br><br>*Counsel for Defendant Wells Fargo Equipment Finance, Inc.* | Paul L. Orshan, Esq.<br>paul@orshanpa.com<br>PAUL L. ORSHAN, P.A.<br>2506 Ponce de Leon Boulevard<br>Coral Gables, Florida 33134<br>Tel: 305.529.9380<br>Fax: 305.402.0777<br><br>*Counsel for Defendants Exact Crane & Equipment, LLC and Cleveland Crane & Shovel Sales, Inc.* |