**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

───────────────────

**CASE NO. 11-80291-CIV-MARRA/JOHNSON**

**PEOPLE'S UNITED EQUIPMENT
FINANCE CORP.,**

 Plaintiff,

vs.

**WELLS FARGO EQUIPMENT
FINANCE, INC., et al.,**

 Defendants.

_____/

## MEDIATION REPORT

 In accordance with S.D. Fla. L. R. 16.2(f), the undersigned mediator reports that on January 25, 2012, a mediation conference was held, all required parties were present, and the parties did **not** reach an agreement to settle the case.

 I hereby certify that on January 25, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

| | |
|---|---|
| Dated: January 25, 2012<br>    Miami, Florida | Respectfully submitted,<br><br> s/ Brian F. Spector_____<br>Brian F. Spector<br>E-mail brian@bspector.com<br>Mediator # 19519RA ♦ Florida Bar # 261254<br>Brian F. Spector, LLC<br>Post Office Box 566206<br>Miami, Florida 33256-6206<br>Telephone 305.666.1664<br>Facsimile 305.661.8481 |

Brian F. Spector, LLC • Post Office Box 566206 • Miami, Florida 33256-6206
Tel 305.666.1664 • Cell 305.613.5200 • Fax 305.661.8481 • brian@bspector.com

## SERVICE LIST
*People's United Equipment Finance Corp. v.
Wells Fargo Equipment Finance, Inc., et al.*
Case No. 11-80291-Civ-Marra/Johnson
U.S. District Court, Southern District of Florida

Scott B. Cosgrove, Esq.
scosgrove@kasowitz.com
Audrey Pumariega, Esq.
apumariega@kasowitz.com
Kasowitz, Benson, Torres
  & Friedman, LLP
1441 Brickell Avenue, Suite 1420
Miami, Florida 33131
Telephone 305.377.1666
Facsimile 305.377.1664
   -  and  -
James J. Stricker, Esq.
jstricker@kasowitz.com
Kasowitz, Benson, Torres
  & Friedman, LLP
1633 Broadway
New York, New York 10019-6799
Telephone 212.506.1734
Facsimile 212.506.1800
**Attorneys for Plaintiff People's
United Equipment Finance Corp.
Served Via CM/ECF Generated NEF**

Charles F. Ketchey, Esq.
CKetchey@trenam.com
Stephanie C. Lieb, Esq.
slieb@trenam.com
Justin J. Horan, Esq.
jhoran@trenam.com
Trenam, Kemker, Scharf,
Barkin, Frye, O'Neill & Mullis, P.A.
101 East Kennedy Boulevard
Suite 2700
Tampa, Florida 33602
Telephone 813.223.7474
Facsimile 813.229.6553
**Attorneys for Defendant Wells
Fargo Equipment Finance, Inc.
Served Via CM/ECF Generated NEF**

Paul L. Orshan, Esq.
paul@orshanpa.com
Paul L. Orshan, P.A.
2506 Ponce de Leon Boulevard
Coral Gables, Florida 33134
Telephone 305.529.9380
Facsimile 305.402.0777
**Attorney for Defendants
Exact Crane & Equipment, LLC and
Cleveland Crane & Shovel Sales, Inc.
Served Via CM/ECF Generated NEF**

Brian F. Spector, LLC • Post Office Box 566206 • Miami, Florida 33256-6206
Tel 305.666.1664 • Cell 305.613.5200 • Fax 305.661.8481 • brian@bspector.com